# Exhibit 4

| | |
|---|---|
| **From:** | W Dahya |
| **To:** | gcproctor1@aol.com |
| **Sent:** | 4/11/2016 6:42:03 PM |
| **Subject:** | Audit Call regarding tone at the top |

Dear Georgeanne:

Thank you for sharing with me a summary of the tone at the top findings of the Paul Hastings report. Leaving aside liquidity, which it sounds like you are treating as a separate issue, I heard Paul Hastings say that they identified concerns with employees being reluctant to bring bad news to the attention of senior management, senior management made top down adjustments to forecasts that subordinates did not agree with at least in part but which they were reluctant or afraid to object to, there was a lack of transparency with the Board, there was the Rik Gahdia incident, there are employees who left because of their concerns over "tone at the top" issues and the SUNE compliance function was compromised by the tone at the top. This is six areas of concern. Any two of these issues would be a basis for problems with an audit and for termination of senior executives.

It didn't take much reflection for me to realize that what Jay and Joe said on the call is 100% correct—with this number of issues and the stridency with which KPMG keeps repeating their concern over tone at the top it is likely that KPMG will never issue their audit unless Ahmad is removed. This would be the case for any CEO, but in Ahmad's case it is abundantly clear. For good and for bad, it is Ahmad who set the tone at SunEdison. Martin may have to go as well. We certainly want them removed from the TERP and GLBL boards, although you can replace them with other SUNE designees. Tone at the top is just a nice way of saying integrity, and it is clear to me that KPMG has concerns about the integrity of the SUNE management team.

I want to urge you and the SUNE board, on behalf of TERP and GLBL, to promptly address KPMG's tone at the top concerns in the most direct manner by immediately removing Ahmad and any other member of management that you think might be contributing to KPMG's conclusion that a tone at the top problem exists. Err on the side of a clean slate. We desperately need to complete our audits and any obstacle to doing that needs to be removed as an urgent priority. It is not something you can take a middle ground on and hope KPMG gets comfortable with half measures and its not something you can delay. I am sure the SUNE board is balancing many considerations, but I respectfully urge you to consider that a course that even slightly jeopardizes or materially delays the audit , jeopardizes the survival of TERP and GLBL and their value to the SUNE bankruptcy estate.

Very truly yours,

Wally

Cc: SUNE independent directors
TERP/GLBL independent directors

This e-mail is sent by a law firm and contains information that may be privileged and confidential. If you are not the intended recipient, please delete the e-mail and notify us immediately.

Confidential Treatment Requested by TerraForm Global, Inc.

GLBL-SEC-00114502