# Exhibit 6

| | |
|---|---|
| **From:** | Bartlett, Jaime <jbartlett@sidley.com> |
| **Sent:** | Wednesday, September 12, 2018 12:13 AM |
| **To:** | Katherine M. Sinderson; Adam Hollander; Brenna Nelinson; Bradley M. Baglien WORK: (bradley.baglien@wilmerhale.com); Perla, Timothy; Salvatore Graziano |
| **Cc:** | Wechkin, Robin; Brody, Sara; Windels, James H.R.; Adams, Sheila R. |
| **Subject:** | RE: SUNE - Document Deficiencies |

Counsel,

In response to your below email, we are not aware of any report by KPMG concerning any findings made in the spring of 2016.  With respect to the report by Paul Hastings and FTI to the SunEdison Audit Committee, it is not pertinent to the issues that remain in the case and it is outside the scope of production as ordered by Judge Castel.  That report does not reflect an investigation of disclosures made in the Preferred Offering.  More specifically, the report does not reflect investigation into the Margin Call or the Goldman Loan, or disclosure of the recourse or non-recourse nature of certain debt in connection with the Preferred Offering.  The report also does not reflect investigation into the statement of Ahmad Chatila reported in the September 2, 2015 *Bloomberg* article.  Accordingly, the report is not related to the issues in this case and will not be produced.

Jaime

**JAIME A. BARTLETT**

**SIDLEY AUSTIN LLP**
+1 415 772 1228
jbartlett@sidley.com

---

**From:** Katherine M. Sinderson <KatieM@blbglaw.com>
**Sent:** Monday, September 10, 2018 1:22 PM
**To:** Brody, Sara <sbrody@sidley.com>; Bartlett, Jaime <jbartlett@sidley.com>; Bradley M. Baglien WORK: (bradley.baglien@wilmerhale.com) <bradley.baglien@wilmerhale.com>; Perla, Timothy <Timothy.Perla@wilmerhale.com>; Wechkin, Robin <rwechkin@sidley.com>
**Cc:** Salvatore Graziano <Salvatore@blbglaw.com>; Adam Hollander <Adam.Hollander@blbglaw.com>; Brenna Nelinson <Brenna.Nelinson@blbglaw.com>
**Subject:** SUNE - Document Deficiencies

Counsel,

I write regarding certain key documents that are referenced in very recent document productions but do not appear to have been produced.  Namely, we do not appear to have received any reports by Paul Hastings or reports by FTI concerning their findings following their investigations of SunEdison's cash flow and disclosure practices (*see* GLBL-SEC-00114501-02; SUNEMDL-CHATILA-0001497).  Nor do we appear to have any reports from KPMG concerning any findings it made in the spring of 2016, which caused the Company to delay release of its financial statements.

These are obviously important documents to have received in a timely manner, particularly given the upcoming depositions of Board members Manny Hernandez and Tony Alvarez next week.

1

By close of business tomorrow, please respond with (1) the bates numbers for the above-referenced documents if they have in fact been produced by Defendants; or (2) an explanation for why Defendants refuse to produce these documents.

Best,
Katie M. Sinderson
**Bernstein Litowitz Berger & Grossmann LLP**
1251 Avenue of the Americas
New York, NY 10020
(212) 554-1392
katherine@blbglaw.com

*******************************************************************
This email and any files transmitted with it may contain privileged or confidential information. Use, disclosure, copying or distribution of this message by anyone other than the intended recipient is strictly prohibited. If you have received this email in error please notify the sender by reply email and destroy all copies of this message in your possession, custody or control.
*******************************************************************

*******************************************************************************************
**
This e-mail is sent by a law firm and may contain information that is privileged or confidential.
If you are not the intended recipient, please delete the e-mail and any attachments and notify us immediately.

*******************************************************************************************