UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DINA HOROWITZ, on behalf of herself and all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>SUNEDISON, INC., AHMAD CHATILA, and BRIAN WUEBBELS,<br><br>　　　　　　Defendants. | Case No. 4:15-cv-01769-RWS |

### DECLARATION OF SALVATORE J. GRAZIANO

I, Salvatore J. Graziano of the law firm Bernstein Litowitz Berger & Grossmann LLP, declare under penalty of perjury as follows:

On July 25, 2016, by electronic mail I provided a copy of the Amended Consolidated Securities Class Action Complaint (the "Complaint") (ECF No. 69) to Adam S. Hakki, an attorney with the law firm of Shearman & Sterling LLP and counsel for Deutsche Bank Securities Inc., Goldman, Sachs & Co., J.P. Morgan Securities LLC, Macquarie Capital (USA) Inc., MCS Capital Markets LLC, Merrill Lynch, Pierce, Fenner & Smith Incorporated, and Morgan Stanley & Co. LLC (together, the "Underwriter Defendants"), along with a copy of this Court's July 19, 2016 Memorandum and Order (ECF No. 68), and requested that Mr. Hakki agree to accept service of the Complaint. I informed Mr. Hakki that, pursuant to the Court's July 19, 2016 Order, no defendants are required to answer or otherwise respond to the Complaint, pending further order of the Court.

On August 3, 2016, Mr. Hakki accepted service on behalf of the Underwriter Defendants by electronic mail, noting that such acceptance was without waiver of any defenses (including

personal jurisdiction) or arguments other than as to the sufficiency of service of process.

Executed:  August 17, 2016

_____
Salvatore J. Graziano

BERNSTEIN LITOWITZ BERGER
 & GROSSMANN LLP
Salvatore J. Graziano (*pro hac vice*)
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1444
salvatore@blbglaw.com

*Counsel for Plaintiffs and Lead Counsel for the Class*