| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**SOUTHERN DISTRICT OF NEW YORK**<br><br>IN RE SUNEDISON, INC.<br>SECURITIES LITIGATION<br><br><br><br>THIS DOCUMENT RELATES TO:<br>CASE NO. 16-CV-07917 (PKC) | Application GRANTED.<br><br>SO ORDERED.<br>March 30, 2020<br><br>*/s/ P. Kevin Castel*<br>P. Kevin Castel<br>United States District Judge<br><br>No. 1:16-md-02742-PKC |

## NOTICE AND [PROPOSED] ORDER FOR WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that, upon the annexed declaration of William Freeland, and subject to the approval of the Court, William Freeland hereby withdraws as counsel for Steven V. Tesoriere and shall be removed from the Case Management/Electronic Case Files (CM/ECF) notification list in the above-captioned matter. Richard A. Rosen of Paul, Weiss, Rifkind, Wharton & Garrison LLP will continue to represent Steven V. Tesoriere in this proceeding.

Dated:   New York, New York
         March 30, 2020

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

By:   */s/ William E. Freeland*
      William E. Freeland

1285 Avenue of the Americas
New York, NY 10019
212-373-3000
wfreeland@paulweiss.com

SO ORDERED:

_____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE SUNEDISON, INC.
SECURITIES LITIGATION

No. 1:16-md-02742-PKC

THIS DOCUMENT RELATES TO:
CASE NO. 16-CV-07917 (PKC)

## DECLARATION OF WILLIAM FREELAND

1. I am an associate at the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, counsel for Steven V. Tesoriere. I submit this declaration in compliance with Local Rule 1.4 to notify the Court that I am withdrawing as counsel because I am leaving the employ of Paul, Weiss, Rifkind, Wharton & Garrison LLP.

2. Richard A. Rosen of the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP will continue to represent Steven V. Tesoriere in this proceeding.

3. My withdrawal will not delay the matter or prejudice any party.

4. I am not retaining a charging lien.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
       March 30, 2020

                                                    By:      */s/ William E. Freeland*
                                                                       William E. Freeland

**CERTIFICATE OF SERVICE**

I hereby certify that, on March 30, 2020, I caused a true and correct copy of the foregoing to be served upon all parties to this litigation via the CM/ECF system, and upon Steven V. Tesoriere by Federal Express, 144 West 18th St., Apt. 2E, New York, NY 10011.

                                                          */s/ William E. Freeland*
                                                          William E. Freeland